# ALLEGHENY COUNTY.

## September Term, 1798.

Leſſee of WILLIAM CECIL *v.* JAMES AMBERSON.

EJECTMENT for 400 acres of land weſt of the *Allegheny* river.

    1798.

    *Cecil* and *Amberſon* claimed by ſettlement, under the law of 1792. Each had a cabbin built at the diſtance of three or four hundred yards from each other. Both applied to the ſurveyor of the diſtrict to ſurvey for them in ſpring, 1794. While the ſurveyor was executing the ſurvey, and came to where *Cecil* thought he was going on the diſputed land, *Cecil* told *Amberſon*, he was incroaching on him; *Amberſon* ſaid, he could take his cabbin, and a piece of bottom below it. *Cecil* ſaid he was intitied to a *ſurvey*, and requeſted the ſurveyor to interfere, and get *Amberſon* to leave him a piece of land, and not take in his cabbin. *Amberſon* agreed to make a line, and both agreed on a courſe. *Cecil* carried the chain, and, after proceeding ſome diſtance on the courſe, threw it down, and ſaid, he would not agree to it, for it went too near his houſe. The ſurveyor ſaid they had agreed on the courſe, and he would not alter it. The ſurveyor then ſurveyed *Cecil's* tract. *Amberſon* had 308 acres.— *Cecil* not 240. The diviſion line was within about 30 perches of *Cecil's* houſe.

    *Brackenridge*, for the plaintiff, offered a private ſurvey made by *Cecil* in 1797.

    *Semple*, for the defendant, objected to this.

    PRESIDENT. A ſurvey having been made by the public officer, at the requeſt, and in the preſence of both parties; a ſubſequent private ſurvey cannot be received. The plaintiff ought to have applied for a *re-ſurvey*.